```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20445
    DIAMANTINA MENDEZ
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0192


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/01/2007 and was not confirmed.

     The case was dismissed without confirmation 02/04/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG       .00           .00            .00
US BANK NATIONAL          UNSECURED       NOT FILED         .00            .00
AMERICAN ACCESS CASUALTY  UNSECURED       NOT FILED         .00            .00
CAPITAL ONE               UNSECURED          898.74         .00            .00
CITY OF CHICAGO REVENUE   UNSECURED       NOT FILED         .00            .00
ESTEBAN MENDEZ            NOTICE ONLY     NOT FILED         .00            .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY     NOT FILED         .00            .00
NATIONAL AMERICAN CREDIT  UNSECURED       NOT FILED         .00            .00
UNION PLUS CREDIT CARD    UNSECURED       NOT FILED         .00            .00
US BANK NATIONAL          NOTICE ONLY     NOT FILED         .00            .00
AMERICAS SERVICING COMPA  SECURED NOT I    40561.31         .00            .00
BOROVSKY & EHRLICH        DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00


         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         -------------         -------------
TOTALS                       .00                     .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 20445 DIAMANTINA MENDEZ

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE